UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:25-CV-00047-BJB

HUTSON, INC. AND
HUTSON, INC. OF MICHIGAN                                            PLAINTIFFS

v.

JOSHUA WAGGENER                                                     DEFENDANT

**AGREED ORDER FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

This Order having been agreed to and tendered to the Court by Plaintiffs, Hutson, Inc. and Hutson, Inc. of Michigan ("Plaintiffs") and Defendant, Joshua Waggener ("Waggener"), pursuant to LR 7.1(b), and the Court being otherwise duly and sufficiently advised,

IT IS ORDERED that the time for Waggener to answer or otherwise respond to the Amended Complaint [Dkt. 2] filed by the Plaintiffs on April 17, 2025 is extended through and including June 11, 2025.

Waggener's Motion for Extension of Time to Answer or Otherwise Plead [Dkt. 9] is DENIED as MOOT.

**AGREED TO; TO BE ENTERED:**

/s/ Ryan A. Hahn (with permission)
Bobby R. Miller, Jr.
Ryan A. Hahn
2660 West Park Drive, Suite 2
Paducah, KY 42001
Phone: (270) 554-0051
bmiller@millerlaw-firm.com
rhahn@milllerlaw-firm.com

*Counsel For Plaintiffs*

and

/s/ Craig C. Dilger
Craig C. Dilger
Steven T. Clark
STOLL KEENON OGDEN PLLC
400 West Market Street, Suite 2700
Louisville, Kentucky  40202
Phone: (502) 333-6000
craig.dilger@skofirm.com
steven.clark@skofirm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was filed electronically using the CM/ECF system on May 21, 2025, which shall provide electronic service to counsel of record.

                                                          /s/ *Craig C. Dilger*
                                                          *Counsel for Defendant*